Minnie Hyde, Appellant, v. Charles Saunders et al., Appellees.

Gen. No. 44,158.

opinion filed June 20, 1949; released for publication July 18, 1949. Irving N. Stenn, for appellant; Charles T. Shanner, of counsel; Joseph P. Brodie, William S. Allen, Harry I. Parsons and Arthur J. Donovan, for certain appellees; William E. Corrigan and Werner W. Schroeder, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full.